HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JESUS IVAN RENDON-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:19-mj-0074 AC |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY HEARING AND EXCLUDE TIME |
| vs. | ) ) | |
| JESUS IVAN RENDON-GUTIERREZ, | ) ) | DATE:     May 31, 2019 |
| Defendant. | ) ) ) | TIME:      2:00 p.m. JUDGE:    Hon. Deborah Barnes |

      Plaintiff, United States of America, by and through Assistant United States Attorney James Conolly, and Defendant Jesus Ivan Rendon-Gutierrez, through his attorney Hannah R. Labaree, of the Office of the Federal Defender, hereby stipulate to continue the Preliminary Hearing set for May 31, 2019 to June 14, 2019, at 2:00 p.m.

      The parties agree that the time beginning from the date of this stipulation extending through June 14, 2019, should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendant consents to an extension of the time for a Preliminary Hearing until June 14, 2019.  Fed.R.Crim.P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  In particular, the time is required so that the parties can conduct investigation and the government can provide advance discovery to defense counsel.  Mr. Rendon-Gutierrez consents to this continuance.

Stipulation and Order

1   The parties stipulate that the interests of justice outweigh the interest of the public and the
2   defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause
3   outweighs the public's interest in the prompt disposition of criminal cases.  Fed.R.Crim.P. 5.1(d).

4   Dated:  May 24, 2019                    Respectfully submitted,

5                                           HEATHER E. WILLIAMS
                                            Federal Public Defender
6
7                                           */s/ Hannah R. Labaree*
                                            HANNAH R. LABAREE
8                                           Attorney for Defendant
                                            JESUS IVAN RENDON-GUTIERREZ
9

10  Dated: May 24, 2019                     PHILLIP A. TALBERT
                                            Acting United States Attorney
11

12                                          */s/ James Conolly*
                                            JAMES CONOLLY
13                                          Assistant U.S. Attorney
                                            Attorney for Plaintiff
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order

**ORDER**

The Court has read and considered the Stipulation for the Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' Stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public's interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the Preliminary Hearing is extended to June 14, 2019, at 2:00 p.m.

2. This time up to and including June 14, 2019 shall be excluded from the calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

IT IS SO ORDERED.

Dated:  May 29, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE