|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>July 19, 2019<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

Plaintiff,

v.

JESUS IVAN RENDON-GUTIERREZ,

Defendant.

Case No. 2:19-mj-00074-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  JESUS IVAN RENDON-GUTIERREZ , Case No.  2:19-mj-00074-AC  Charge 21 USC §§ 846, 8410(a)(1); 21 USC § 8410(a)(1), from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

**X** Unsecured Appearance Bond $  50,000 co-signed by Jessica Rendon

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

(Other): To be released Monday, July 22, 2019 @ 9:00

**X** AM to Pretrial Services, under the terms and conditions as stated on the record.

Issued at Sacramento, California on July 19, 2019 at  2:15 pm

By: _[signature]_

Magistrate Judge Carolyn K. Delaney