MCGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-74-AC |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |
| v. | |
| JESUS IVAN RENDON-GUTIERREZ, | DATE: August 8, 2019 |
| Defendants. | TIME: 2:00 p.m. |
| | COURT: Hon. Deborah L. Barnes |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney James R. Conolly, and defendant Jesus Ivan Rendon-Gutierrez, both individually and by and through his counsel of record, Hannah Labaree, hereby stipulate as follows:

1. The Complaint in this case was filed on May 13, 2019, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on May 17, 2019. The court set a preliminary hearing date of May 31, 2019, which was continued by order of the Court, in response to stipulated requests by the parties to August 8, 2019.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to September 26, 2019, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance

1  outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2      3.     The parties agree that good cause exists for the extension of time, and that the extension
3  of time would not adversely affect the public interest in the prompt disposition of criminal cases.
4  Therefore, the parties request that the time between August 8, 2019, and September 26, 2019, be
5  excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

6      IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  August 6, 2019 | McGREGOR W. SCOTT<br>United States Attorney |
| | |
| | /s/ JAMES R. CONOLLY<br>JAMES R. CONOLLY<br>Assistant United States Attorney |
| | |
| Dated:  August 6, 2019 | /s/ HANNAH LABAREE<br>HANNAH LABAREE<br>Assistant Federal Defender<br>Counsel for Defendant<br>JESUS IVAN RENDON-GUTIERREZ |

STIPULATION

2

1  McGREGOR W. SCOTT
   United States Attorney
2  JAMES R. CONOLLY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
               IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,              CASE NO. 2:19-MJ-74-AC

12 |                  Plaintiff,              FINDINGS AND ORDER EXTENDING TIME FOR
                                             PRELIMINARY HEARING PURSUANT TO RULE
13 |           v.                             5.1(d) AND EXCLUDING TIME

14 | JESUS IVAN RENDON-GUTIERREZ,            DATE: August 8, 2019
                                             TIME: 2:00 p.m.
15 |                  Defendants.             COURT: Hon. Deborah L. Barnes

16

17

18        The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19 Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on August 6, 2019.

20 The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

21 demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

22 5.1(d) of the Federal Rules of Criminal Procedure.

23        Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24 of justice served by granting this continuance outweigh the best interests of the public and the defendant

25 in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would

26 not adversely affect the public interest in the prompt disposition of criminal cases.

27        THEREFORE, FOR GOOD CAUSE SHOWN:

28        1.      The date of the preliminary hearing is extended to September 26, 2019, at 2:00 p.m.

FINDINGS AND ORDER                                1

2. The time between August 8, 2019, and September 26, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED:  August 6, 2019                                  /s/ DEBORAH BARNES
                                                        UNITED STATES MAGISTRATE JUDGE

FINDINGS AND ORDER                                      2