HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE #294338
Assistant Federal Defender
Office of the Federal Defender
801 "I" Street, 3rd Floor
Sacramento, CA 95814
916-498-5700

Attorney for Defendant
JESUS IVAN RENDON-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:20-cr-00019-JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE CHANGE OF PLEA HEARING |
| | ) | |
| JESUS IVAN RENDON-GUTIERREZ, | ) | Date:  March 17, 2020 |
| | ) | Time:  9:15 a.m. |
| Defendant. | ) | Judge:  Hon. John A. Mendez |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

Attorney through James Conolly, Assistant United States Attorney, attorney for Plaintiff, and

Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree,

attorneys for Jesus Ivan Rendon Gutierrez, that the change of plea hearing scheduled for March

17, 2020 be vacated and be continued to April 14, 2020 at 9:15 a.m.

Since the date of the last stipulation, the parties have met and conferred about specifics

regarding a plea agreement, and the defense has conducted independent investigation.  The

reasons for the present continuance is to allow defense counsel additional time to prepare and

investigate, and to continue to discussions with the government toward a resolution.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded from this order's date through and including March 17, 2020, pursuant to 18 U.S.C.

§ 3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.


DATED: March 13, 2020                    Respectfully submitted,


                                         HEATHER E. WILLIAMS
                                         Federal Defender

                                         /s/ Hannah R. Labaree
                                         HANNAH R. LABAREE
                                         Assistant Federal Defender
                                         Attorney for JESUS RENDON-GUTIERREZ

DATED: March 13, 2020                    McGREGOR W. SCOTT
                                         United States Attorney

                                         /s/ James Conolly
                                         JAMES CONOLLY
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a change of plea hearing on April 14, 2020, at 9:15 a.m. The Court further orders the time from March 17, 2020 up to and including April 14, 2020, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.


Dated: March 13, 2020                          /s/ John A. Mendez_____ ____
                                               Hon. John A. Mendez
                                               United States District Court Judge

*Stipulation and [Proposed] Order to Continue*            -3-
*Change of Plea Hearing*