HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JESUS IVAN RENDON-GUTERRIEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JESUS IVAN RENDON-GUTERRIEZ,<br><br>　　　　Defendant. | Case No. 2:20-cr-0019 JAM<br><br>UNOPPOSED MOTION AND ORDER FOR TEMPORARY MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE<br><br>Honorable Carolyn K. Delaney |

　　　　The defendant, JESUS IVAN RENDON-GUTERRIEZ, is currently on pretrial release in this district.  He has cosigned a $50,000 unsecured bond along with his child's mother, Jessica Rendon.  See CR 18.  Mr. Rendon-Gutierrez resides in Chino, California, at his parent's home, and is being courtesy supervised by the Pretrial Office in the Central District of California.

　　　　On June 16, 2020, Mr. Rendon-Gutierrez pled guilty to a violation of 21 U.S.C. § 846, and 841(a)(1), conspiracy to distribute and to possess with intent to distribute methamphetamine. CR 44, 46. He is scheduled for Judgment and Sentencing on January 12, 2021. CR 53.

　　　　Mr. Rendon-Gutierrez, through Assistant Federal Defender, Hannah R. Labaree, hereby moves that his Pretrial conditions of release be temporarily amended to amend condition number 15 (hours of curfew) (CR 21). All other conditions are to remain in full force and effect.

　　　　Condition 15 currently requires that Mr. Rendon-Gutierrez to remain inside his residence every day from 8:00 P.M. to 6:00 A.M., and is enforced by Condition 14, which imposes on Mr.

Rendon-Gutierrez location monitoring.  Defendant requests that special condition 15 be temporarily amended such that he be subject to a 12:00 AM curfew on the nights of November 25 and 16.  The purpose is to allow Mr. Rendon-Gutierrez to spend time during the Thanksgiving holiday with family.

On November 18, 2020, Mr. Rendon-Gutierrez' Pretrial Services Officer indicated that he is in compliance with his conditions of release.  Pretrial Services is not opposed to the temporary amendment of the curfew condition.  The Assistant United States Attorney does not oppose this request in light of the Pretrial Services Officer's approval.

Therefore, Mr. Rendon-Gutierrez respectfully requests that the above-described temporary modification be made to his special conditions of pretrial release for the nights of November 25 and 26.

Respectfully submitted,

DATED: November 24, 2020            HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ Hannah R. Labaree*
                                    HANNAH R. LABAREE
                                    Assistant Federal Defender
                                    Attorney for JESUS IVAN RENDON-GUITERREZ

Unopposed Motion for Temporary Modification
of Terms of Pretrial Release

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Special Condition of Release Number 15 for Jesus Ivan Rendon-Gutierrez, setting his hours of curfew from 8 PM to 6 AM, be **temporarily amended on November 25 and 26, 2020, such that his curfew last from 12:00 AM to 6:00 AM**. This condition shall resume under its current terms on the evening of November 27, such that the curfew of 8:00 P.M. be re-imposed on November 27 (condition 15) and enforced via location monitoring (condition 14). All other conditions of pretrial release shall remain in force.

Dated:  November 25, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE