HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
JESUS RENDON GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00019-JAM |
|---|---|
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL AND ORDER** |
| vs. | |
| JESUS RENDON GUTIERREZ, | |
| Defendant. | |

    Undersigned counsel hereby respectfully moves to withdraw as counsel for Mr. Jesus Rendon Gutierrez. On December 23, 2021, the Office of the Federal Defender became aware of a legal conflict in this case and determined that our office could no longer represent Mr. Rendon Gutierrez because of it.  The Criminal Justice Act ("CJA") Panel Administrator was notified and panel attorney Dina Santos has agreed to substitute in as counsel.

    Accordingly, pursuant to Local Rule 182(g), the Office of the Federal Defender respectfully moves this Honorable Court to permit it to withdraw as counsel and to order the CJA appointment of Ms. Santos to represent Mr. Rendon Gutierrez *nunc pro tunc* to December 23, 2021.  Ms. Santos' full name and address are as follows:

        Dina Santos – Attorney at Law
        455 Capitol Mall UNIT 802
        Sacramento, CA 95814
        916 447 0160
        Defense@dinasantos.com

Dated:  January 3, 2022

                          HEATHER E. WILLIAMS
                          Federal Defender

*/s/ Hannah Labaree*
HANNAH LABAREE
Assistant Federal Defender
Attorney for Defendant
JESUS RENDON GUTIERREZ

I accept the substitution and ask to be appointed.

Dated: January 3, 2022        */s/ Dina Santos*
                               DINA SANTOS
                               Attorney at Law

I consent to the substitution.

Dated: January 3, 2022

                          */s/ Jesus Rendon Gutierrez*
                          JESUS RENDON GUTIERREZ
                          (Electronic signature affixed by Hannah Labaree
                          per General Order 616)

# **ORDER**

IT IS SO ORDERED that the Office of the Federal Defender is relieved as counsel and that Dina Santos is appointed to represent Jesus Rendon Gutierrez, *nunc pro tunc* to December 23, 2021.

Dated:  January 3, 2022    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE