1  PHILLIP A. TALBERT
United States Attorney
2  JAMES R. CONOLLY
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  2:20-CR-19-JAM

12                    Plaintiff,

13              v.                     ORDER SEALING DOCUMENTS AS SET FORTH
                                       IN GOVERNMENT'S NOTICE
14  JESUS IVAN RENDON-GUTIERREZ,

15                    Defendant.

16

17         Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18  Request to Seal, IT IS HEREBY ORDERED that the government's three-page Supplement to its

19  Sentencing Memorandum pertaining to defendant Jesus Ivan Rendon-Gutierrez, and government's

20  Request to Seal shall be SEALED until further order of this Court.

21         It is further ordered that access to the sealed documents shall be limited to the government and

22  counsel for the defendant.

23         The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

24  *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in

25  the government's request, sealing the government's motion serves a compelling interest.  The Court

26  further finds that, in the absence of closure, the compelling interests identified by the

27  / / /

28  / / /

ORDER SEALING DOCUMENTS AS SET FORTH IN              1
GOVERNMENT'S NOTICE

1  government would be harmed.  In light of the public filing of its request to seal, the Court further finds

2  that there are no additional alternatives to sealing the government's motion that would adequately

3  protect the compelling interests identified by the government.

4

5  Dated:  December 2, 2022                    /s/ John A. Mendez

6                                              THE HONORABLE JOHN A. MENDEZ
                                               SENIOR UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER SEALING DOCUMENTS AS SET FORTH IN
GOVERNMENT'S NOTICE

2