**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>      v.<br><br>JESUS IVAN RENDON-GUTIERREZ<br><br>    Defendant. | **ORDER RE VOLUNTARY SURRENDER**<br><br>Case No.: 2:20-cr-00019 JAM |

    Defendant JESUS IVAN RENDON-GUTIERREZ, having been sentenced to the custody of the Bureau of Prisons, shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in Los Angeles, California before 2:00 PM on February 21, 2023.  The defendant is further advised it is a criminal offense punishable by a constructive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court.  All conditions of pretrial release shall remain in effect until the defendant surrenders in accordance with this order.

1     The Court reserves jurisdiction over this matter and will
2 only change the date or time of voluntary surrender upon motion
3 of either the defendant or the government with good cause
4 appearing.
5     The Clerk is directed to serve the United States Marshal's
6 Service with a copy of this order.

8 IT IS SO ORDERED.

10 Dated:  December 6, 2022        /s/ John A. Mendez
11                                 THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE