HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JESUS IVAN RENDON-GUTIERREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS IVAN RENDON-GUTIERREZ,<br><br>Defendant. | No. 2:20-cr-00019-JAM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable JOHN A. MENDEZ |

Defendant, JESUS IVAN RENDON-GUTIERREZ, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1.  Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2.  The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision"). *See*

Amendment 821, Part B, Subpart 1. The zero-point provision provides a 2-offense-level reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in USSG § 4C1.1(a);

3. On December 6, 2022, this Court sentenced Mr. Rendon-Gutierrez to 24 months imprisonment;

4. Mr. Rendon-Gutierrez's total offense level was 24, his criminal history category was I (having no criminal history points), and the resulting guideline range was 51 to 63 months. Mr. Rendon-Gutierrez was not subject to the applicable statutory mandatory minimum sentence for the reasons stated in Section II.B. of the Statement of Reasons;

5. The sentencing range applicable to Mr. Rendon-Gutierrez was subsequently lowered by the zero-point provision;

6. Mr. Rendon-Gutierrez is eligible for a reduction in sentence, which reduces his total offense level by 2 from 24 to 22, resulting in an amended advisory guideline range of 41 to 51 months;

7. When the defendant's original sentence was below the applicable guideline range, the court may, in accordance with the exception set forth in USSG § 1B1.10(b)(2)(B), grant a comparable reduction below the amended guideline range, which in this case is 41 months;

8. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Rendon-Gutierrez's term of imprisonment to 19 months. If the amount of time served as of the effective date of the Court's order exceeds 19 months, the sentence is instead reduced to a sentence of time served, in which case, the order should be stayed for up to ten (10) days to allow the Bureau of Prisons to perform its statutory duties and release planning;

The following statements are provided by Mr. Rendon-Gutierrez and the United States, respectively, and are not part of the parties' stipulation;

1. <u>Mr. Rendon-Gutierrez's statement regarding the stipulation</u>: Defendant's counsel enters into this stipulation after having examined the pertinent documents, including the plea agreement, the presentence report, statement of reasons, and judgment, and speaking with former counsel. Mr. Rendon-Gutierrez's projected release date is July 31, 2024. Defendant was

released pretrial on a $50,000 unsecured bond, ECF 16, and had "no issues." PSR at 4 at ¶3. He was ordered to participate in counseling, which he successfully completed. He was also ordered to participate in drug and alcohol testing and did not have any positive tests. *Ibid*. He was permitted to self-surrender post-sentencing. ECF 90. He will likely be deported on his release. *See* PSR at 2, 5 ¶ 15.

2. <u>United States' statement regarding its stipulation</u>:

Defendant was convicted of Conspiracy to Distribute and Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1). The United States enters into this stipulation after reviewing the Presentence Investigation Report ("PSR"); Statement of Reasons ("SOR"); Judgment, ECF No. 92; government's sentencing memorandum, ECF No. 84; and defendant's Bureau of Prisons ("BOP") disciplinary history, and after conferring with the prosecuting Assistant United States Attorney.

At sentencing, the government recommended a departure from the low end of the applicable guideline range. ECF No. 84. The Court granted that request and also granted a downward variance based on defendant's age and pre-sentence rehabilitation. SOR at 3.

BOP records indicate that the defendant has sustained one disciplinary incident while in BOP custody for being unsanitary or untidy on April 7, 2023. The defendant is currently located at Lompoc FCI with a projected release date of July 31, 2024.

Respectfully submitted,

| | |
|---|---|
| Dated:  March 22, 2024 | Dated:  March 22, 2024 |
| PHILLIP A. TALBERT<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Shelley D. Weger*<br>SHELLEY D. WEGER<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>JESUS IVAN RENDON-GUTIERREZ |

# ORDER

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, pursuant to USSG § 1B1.10(b)(2)(B), that Mr. Rendon-Gutierrez is entitled to the benefit of Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total offense level from 24 to 22, resulting in an amended guideline range of 41 to 51 months.

IT IS HEREBY ORDERED the term of imprisonment imposed in December 2022 is reduced to 19 months. If the amount of time served as of the effective date of this order exceeds 19 months, the sentence is instead reduced to a sentence of time served, in which case, the order may be stayed for up to ten (10) days to allow the Bureau of Prisons to perform its statutory duties and release planning.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Rendon-Gutierrez shall report to the United States Probation Office within seventy-two hours after his release.

Dated: March 26, 2024                          /s/ John A. Mendez
                                               THE HONORABLE JOHN A. MENDEZ
                                               SENIOR UNITED STATES DISTRICT JUDGE